[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
OCTOBER 3, 2006
THOMAS K. KAHN
CLERK

_____

No. 05-14324
Non-Argument Calendar

_____

D. C. Docket No. 04-00058-CR-SPM-WCS

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

MICHEL GONZALO,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Florida

_____

**(October 3, 2006)**

Before HULL, MARCUS and WILSON, Circuit Judges.

PER CURIAM:

Michael Ufferman, court-appointed counsel for Michel Gonzalo in this

direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to <u>Anders v. California</u>, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED** and Gonzalo's convictions and sentences are **AFFIRMED**.